UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **BIG BROTHERS/BIG SISTERS OF SOUTHWEST LOUISIANA INC** | **CASE NO. 2:21-CV-00092** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **AMGUARD INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

### ORDER

Before the Court is "Plaintiff's Motion for Partial Summary Judgment on Insurer's Bad Faith Failure to Timely Pay Undisputed Damages" (Doc. 15). The Court notes that this is a Hurricane Laura case wherein a Case Management Order ("CMO") has been issued. In order for the CMO to be effective,

**IT IS ORDERED** that Plaintiff's Motion for Partial Summary Judgment is **STAYED** pending the Streamlined Settlement Process ("SSP") outlined in the CMO in order for the issues raised in Plaintiff's motion to be vetted out during the SSP.

**THUS DONE AND SIGNED** in Chambers on this 23rd day of April, 2021.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE